**APIO, INC., Plaintiff–Appellant,**

**v.**

**MANN PACKING COMPANY, INC., Defendant–Appellee.**

**No. 2009–1394.**

United States Court of Appeals, Federal Circuit.

July 7, 2009.

Jeffrey G. Sheldon, Sheldon Mak Rose & Anderson PC, Pasadena, CA, for Plaintiff–Appellant.

Joseph S. Presta, Nixon & Vanderhye P.C., Arlington, VA, for Defendant–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).